UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DIANE WATSON,

            Plaintiff(s),

v.

TOYS R US - DELAWARE, INC.,

            Defendant(s).

NO. C09-953MJP

ORDER ON MOTIONS FOR PROTECTIVE ORDER AND TO COMPEL

The above-entitled Court, having received and reviewed

1. Defendant's Motion for Protective Order (Dkt. No. 28), Plaintiff's Response to Defendant's Motion for Protective Order Regarding Confidential Commercial Information (Dkt. No. 31) and Defendant's Reply in Support of Motion for Protective Order (Dkt. No 33); and

2. Plaintiff's Motion to Compel Discovery, Exclude Evidence and Modify Case Scheduling Deadlines (Dkt. No. 36), Defendant's Response to Plaintiff's Motion to Compel (Dkt. No. 43), and Plaintiff's Reply to Defendant's Response (Dkt. No. 46)

and all attached declarations and exhibits, makes the following ruling:

IT IS ORDERED that Defendant's Motion for Protective Order is GRANTED. The Court will file a signed copy of the proposed protective order by separate attachment to this order.

IT IS FURTHER ORDERED that Plaintiff's Motion to Compel, Exclude Evidence and Modify Case Schedule is DENIED.

It is the Court's understanding that the granting of the protective order resolves the issues raised by Plaintiff's motion to compel. If there are issues remaining which are not resolved by the provisions of the protective order, Plaintiff may bring them before the Court by separate motion.

**ORDER ON MOTIONS - 1**

1

2    The clerk is ordered to provide copies of this order to all counsel.

3    Dated: September 22, 2010

4

5    _____
     Marsha J. Pechman
6    U.S. District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26   **ORDER ON MOTIONS - 2**